IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WELTON MARSHALL, JR., KIMBERLY WILLIAMS, ADMINISTRATOR OF THE ESTATE OF JOHN WILLIAMS, and RAJAY JAMES,**<br><br>**Plaintiffs,**<br><br>-against-<br><br>**MARINE BULKHEADING, INC., ANTHONY DESOUSA, THOMAS DESOUSA, and JOSEPH ANSELMO,**<br><br>**Defendants.** | **Case No. 19 Civ. 4741 (JMW)** |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Kimberly Williams, Administrator of the Estate of John Williams and Defendants, through their undersigned counsel, stipulate and agree that pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice, and without costs to any party as against any other.

Dated: Melville, New York
     December _21_ , 2022

By: _____
     Troy L. Kessler

KESSLER MATURA P.C.
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
tkessler@kesslermatura.com

*Attorneys for Plaintiff*

By: *adam kleinberg*
     Adam I. Kleinberg

SOKOLOFF STERN LLP
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
akleinberg@sdokoloffstern.com

*Attorneys for Defendants*

SO ORDERED:

/s/: James M. Wicks